UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

VICKI MAYNARD,                      )
                                    )    No.  CV-09-3095-CI
                 Plaintiff,         )
                                    )
v.                                  )    ORDER GRANTING STIPULATED
                                    )    MOTION FOR REMAND PURSUANT
MICHAEL J. ASTRUE,                  )    TO SENTENCE FOUR OF 42
Commissioner of Social              )    U.S.C. 405(g)
Security,                           )
                                    )
                 Defendant.         )

     BEFORE THE COURT is the parties' Stipulated Motion for remand
of the above-captioned matter to the Commissioner for additional
administrative proceedings.  (Ct. Rec. 36.)  Attorney D. James Tree
represents Plaintiff Vicki Maynard; Special Assistant United States
Attorney Terrye E. Shea represents Defendant.  The parties have
consented to proceed before a magistrate judge.  (Ct. Rec. 7.)  After
considering the stipulation of the parties,

     **IT IS ORDERED:**

     1.   The parties' Stipulated Motion for Remand **(Ct. Rec. 36)** is
**GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the
Commissioner of Social Security for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On
remand, the administrative law judge (ALJ) will evaluate the
opinions of Joe Vickers, M.D., Plaintiff's treating physician, and
give appropriate weight to Dr. Vickers' opinions.  If the ALJ
rejects the opinions of Dr. Vickers the ALJ will provide adequate

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

reasons for the rejection.  The ALJ will obtain clarification of the opinion of Arthur Brovender, M.D., the medical expert who appeared at the hearing on February 9, 2009.  The ALJ will obtain evidence from a vocational expert to determine whether jobs exist in significant numbers that Plaintiff can perform within her residual functional capacity.  The ALJ will offer Plaintiff the opportunity to present new evidence at the new hearing.

2.    Judgment shall be entered for the **PLAINTIFF**.

3.    Plaintiff's Motion for Summary Judgment (**Ct. Rec. 23**) is dismissed as moot.

4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED November 4, 2010.


                        S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE